UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 16-20741-CIV-MORENO**

PREMIUM SPORTS, INC.,

       Plaintiff,

vs.

HAROLD NEUWEG, and SATCHMO
BLUES BAR AND GRILL, INC.,

       Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon the parties' Notice of Voluntary Dismissal **(D.E. 12)**, filed on **May 2, 2016**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is hereby

**ORDERED AND ADJUDGED** that in light of the parties' settlement of the above styled Cause, the Order of April 29th, Directing the Clerk to Enter Default (D.E. 11) is **VACATED**, and that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii). All pending motions are **DENIED AS MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this _16_ of May 2016.

                                                            FEDERICO A. MORENO
                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record